UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X   NOT FOR PUBLICATION
STEVEN T. SCHNEIDERMAN,

                      Plaintiff,   **ORDER**

      -against-   06-CV-2472 (ARR)

NEW YORK STATE OFFICE OF MENTAL
HEALTH, THE ZUCKER HILLSIDE HOSPITAL,
NYPD, NEW YORK CITY FIRE DEPARTMENT,

                    Defendant.
-------------------------------------------------------------X
ROSS, United States District Judge.

    *Pro se* plaintiff Steven T. Schneiderman filed this action alleging assault and violations of his civil rights. Plaintiff has neither paid the filing fee nor sought leave of the Court to proceed *in forma pauperis* pursuant to 28 U.S.C. §1915.

    Under 28 U.S.C. §1914, the filing fee to commence a civil action is $350. Under 28 U.S.C. §1915, the Court may waive the filing fee upon finding a plaintiff indigent.

    The Court directs plaintiff to submit the attached "Request to Proceed *In Forma Pauperis*" application within 20 days from the date of this Order or to pay the $350 filing fee to the Clerk of Court of the Eastern District of New York within 20 days from the date of this Order. If plaintiff fails to submit a Request to Proceed *In Forma Pauperis* application or fails to remit the filing fee within the time allowed, the action shall be dismissed.

    SO ORDERED.

                                                 _____
                                             ALLYNE R. ROSS
                                             United States District Judge

Dated: June 6, 2006
       Brooklyn, New York

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
_____

_____  Plaintiff
                     -vs-

                                                            **REQUEST TO PROCEED**
                                                            *IN FORMA PAUPERIS*

_____ Defendant(s)
_____


I, _____, am the plaintiff in the above entitled case. I hereby request to proceed without being required to prepay fees or costs or give security therefore. I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefore, and I believe I am entitled to redress.

1. If you are presently employed:
   a) give the name and address of your employer
   b) state the amount of your earnings per month

   _____
   _____
   _____

2. If you are **NOT PRESENTLY EMPLOYED:**
   a) state the date of start and termination of your last employment
   b) state your earnings per month.
   **YOU MUST ANSWER THIS QUESTION EVEN IF YOU ARE INCARCERATED.**

   _____

3. Have you received, within the past twelve months, any money from any source? If so, name the source and the amount of money you received.

   _____

   a) Are you receiving any public benefits?          ☐ No  ☐ Yes, $ _____
   b) Do you receive any income from any other source? ☐ No  ☐ Yes, $ _____

4. Do you have any money, including any money in a checking or savings account? If so, how much?

_____

5. Do you own any apartment, house or building, stocks, bonds, notes, automobiles or other property? If the answer is yes, describe the property and state its approximate value.

☐ No  ☐ Yes, _____

6. List the person(s) that you pay money to support and the amount you pay each month.

_____

_____

7. Do you pay for rent or for a mortgage? If so, how much each month?

_____

8. State any special financial circumstances which the Court should consider.

_____

_____

_____


I understand that the Court shall dismiss this case if I give a false answer to any question in this declaration. In addition, if I give a false answer I will be subject to the penalties for perjury.

I declare under the penalty of perjury that the foregoing is true and correct.


Dated: _____        _____
                                              (signature)

rev. 7/2002